IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EDWARD HAVARD                                                                  PLAINTIFF

VS.                                                             CIVIL ACTION NO. 4:06cv138 TSL-LRA

F.M. LOGISTICS, INC., et al.                                                DEFENDANTS

### MINUTE ENTRY ORDER

In view of the fact that one of the defendants in this case, F.M. Logistics, Inc., has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, and all presently contemplated proceedings in this case have been stayed by the Bankruptcy Court, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party may initiate proceedings in the same manner as if this minute entry order had not been entered.

SO ORDERED this the   24th   day of November, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE